DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

7 MARCH 2013

| 002P11-2 | State v. Ricky Bartlett | Def's *Pro Se* Motion for Appropriate Relief (COA11-647) | Dismissed<br><br>**Beasley, J. Recused** |
|---|---|---|---|
| 002P13 | State v. Jason C. Johnson | 1. Def's *Pro Se* PWC to Review order of Superior Court of Swain County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 005P12-2 | Hoke County Board of Education, et al, and Asheville City Board of Education, et al, Intervenors v. State of North Carolina & State Board of Education | State's PDR Under N.C.G.S. § 7A-31 (COA11-1545) | Allowed |
| 012P13 | Ada Morgan, Ray Morgan, Judith Scull a/k/a Judith Thompson Scull, David Scull, Roger Parker a/k/a Billy Roger Parker, Jr., and The City of Wilson, a North Carolina municipal corporation v. Nash County | Plt's (City of Wilson) PDR Under N.C.G.S. § 7A-31 (COA11-1544-2) | Denied |
| 014P13 | State v. Jimmy Boyd Standridge | Def's PDR Under N.C.G.S. § 7A-31 (COA12-546) | Denied |
| 016P13 | Trevor Mohammed v. Honorable Lorrin Freeman, Clerk of Superior Court for Wake County; Honorable Roy Cooper, Attorney General for North Carolina | 1. Petitioner's *Pro Se* Motion for NOA (COAP12-1012)<br><br>2. Petitioner's *Pro Se* Motion for PDR<br><br>3. Petitioner's *Pro Se* Motion to Proceed in *Forma Pauperis* | 1. Dismissed *ex mero motu*<br><br>2. Denied<br><br>3. Allowed |